# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JUAN CARLOS PEREZ,

    *Plaintiff*,

vs.

PITT ,

    *Defendant*.

2:13-cv-00014-GMN-PAL

ORDER

    Plaintiff has filed a civil rights complaint.  Neither a filing fee nor an application to proceed *in forma pauperis* was received with the complaint.  Plaintiff additionally did not state any allegations in the complaint in the counts themselves.  It does not appear that a promptly filed new action would be time-barred under the applicable two-year statute of limitations.

    IT THEREFORE IS ORDERED that this action shall be DISMISSED without prejudice to the filing of a new properly commenced action under a new docket number with either the required filing fee or a properly completed application to proceed *in forma pauperis*.

    **The Clerk shall send plaintiff two copies each of a pauper form for prisoner, a pauper form for a non-prisoner, and a civil rights complaint form, along with the instructions for the forms and a copy of the papers that he submitted.**

    The Clerk shall enter final judgment accordingly, dismissing this action without prejudice.

    DATED this 11th day of January, 2013.

_____
GLORIA M. NAVARRO
United States District Judge